UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ALTAUNE BROWN,

                        Plaintiff,                       *Civil Action No.*

    -against-                                      1:23-cv-00340-ER

COFFEEMEN'S LLC d/b/a LITTLE CANAL
AND 26C., LLC,

                        Defendants.

--------------------------------------------------------X

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, **ALTAUNE BROWN** and Defendants, **COFFEEMEN'S LLC d/b/a LITTLE CANAL AND 26C., LLC,** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a thirty (30) day order be issued.

Dated: March 15, 2023

By: _____
Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 4H
New York, NY 10022
T:(646) 770-3775